IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KENNETH BARBARIA, *et al.*, | No. C 08-05263 WHA |
| Plaintiffs, | **ORDER RE BRIEFING SCHEDULE** |
| v. | |
| HANK SPACONE, *et al.*, | |
| Defendants. | |

The Court has received plaintiffs' "Complaint Withdrawal of Reference." Because the complaint is titled a withdrawal of reference and includes a memorandum of points and authorities, defendant Hank Spacone, in response, has filed an opposition to the motion for withdrawal of reference or in the alternative a motion for a more definite statement. Plaintiffs are requested to file an opposition to defendant's filing by **NOON ON APRIL 16, 2009.** Any reply may be filed by **NOON ON APRIL 23, 2009**. There will be no hearing on the motion unless the Court finds it necessary after reviewing the briefing.

**IT IS SO ORDERED.**

Dated: April 2, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE