IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY KENNETH BARBARIA, *et al.*, | No. C 08-05263 WHA |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR A MORE DEFINITE STATEMENT** |
| MR. HANK SPACONE, *et al.*, | |
| Defendants. | |

On November 20, 2008, *pro se* plaintiffs Anthony Barbaria and Illona Barbaria filed a complaint titled "Complaint Withdrawal of Reference." Apparently, the complaint in part alleges facts regarding a bankruptcy action in which plaintiffs' assets were liquidated. Because the complaint is titled as a withdrawal of reference, defendant Hank Spacone argues that the document is a motion for withdrawal of the bankruptcy reference rather than a complaint. He has filed an opposition to the motion for withdrawal of reference or, in the alternative, a motion for a more definite statement. On the other hand, plaintiffs contend the document filed on November 20 is a complaint and was just titled incorrectly. The issue has been fully briefed and submitted on the papers.

Because plaintiffs are appearing *pro se,* this order will give them the benefit of the doubt and treat the document at issue as a complaint. The complaint, however, is ambiguous and incomprehensible to the point that defendants would be unable to formulate a responsive pleading. For example, it unnecessarily includes a memorandum of points and authorities and appears to quote large passages from a treatise.

It is also unclear what plaintiffs are seeking and who they are seeking it from. The body of the complaint alleges violations of multiple federal statutes (*e.g.,* 42 U.S.C. 1983), constitutional amendments (*e.g.,* the First Amendment), and state law (*e.g.,* fraud). The caption of the complaint lists even more claims that are not addressed in the body of the complaint. For some of the claims, such as "depraved indifference murder," there are no supporting facts alleged. The complaint names Hank Spacone as trustee of the United States Bankruptcy Court and as a defendant. It also vaguely states that defendants include "All Federal and State Government Employees [who] are Being Sued in the Individual and Personal Capacities" (Dkt. 1 at 1).

If plaintiffs wish to proceed with this action, they must file a complaint that clearly identifies the parties, the claims that plaintiffs are making against each party, and the facts that support the claims. Accordingly, defendant's motion for a more definite statement is **GRANTED**, and plaintiffs are ordered to file a more definite statement with respect to all claims asserted. An amended complaint must be filed no later than **JUNE 10, 2009**. Failure to do so will result in dismissal of the action with prejudice.

**IT IS SO ORDERED.**

Dated: May 19, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE